DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NASHIKA T. OGILVIE,**
Appellant,

v.

**DUENNEE OGILVIE,**
Appellee.

No. 4D20-2590

[December 9, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502013DR012192XXXMB.

Nashika T. Ogilvie, West Palm Beach, pro se.

Jonathan D. Wald of the Law Office of Jonathan D. Wald, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***